**1209 WELLMAN vs. BOARD OF MET. POLICE** (Detroit), No. 11723, 84 M., 558.

To revoke an order dismissing relator from the police force upon a general charge of "conduct immoral and unbecoming an officer," without any specific allegation as to the conduct complained of.

Granted February 11, 1891, without costs.


**1210 WILKINSON vs. BOARD OF POLICE COMMISSIONERS** (Saginaw), No. 14975; 2 D. L. N., 708; 65 N. W., 668. (Certiorari to Saginaw.)

To compel respondents to reinstate relator as a member of the police force.

The circuit judge denied the writ. Reversed and writ granted December 17, 1895, with costs. Rehearing denied, with costs, March 3, 1896.

Charges were preferred against relator, and, although he was acquitted of the offenses specified, he was found guilty under the general charge of conduct unbecoming an officer.